UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Jose Lopez and Silvia Lopez             Case No. 14-35128-AJC

   Debtors                                     Chapter 13
_____/

## EX-PARTE AGREED MOTION TO CONTINUE EVIDENTIARY HEARING SCHEDULED FOR JULY 29, 2015 at 2:00 p.m.

**COME NOW,** the Debtors, Jose and Silvia Lopez, by and through their undersigned counsel and files this Agreed Motion to Continue Evidentiary Hearing and the parties having agreed to the continuance state as follows:

1. On November 13, 2014 the Debtors filed the instant Chapter 13 case.

2. Debtors have an evidentiary hearing scheduled pursuant to ECF#66 in regard to valuation of the debtors homestead property located at: 10881 SW 6th Street, Apt. 7, Sweetwater, FL 33174 on Thursday, June 4, 2015.

3. Undersigned counsel's associate, Kenia Molina, Esq. who was to litigate the motion on July 29, 2015 is ill and has laryngitis.

4. Due to this unforeseen circumstance, the parties have agreed to continue the motion to the next available date for evidentiary hearings available for Honorable A. Jay Cristol.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Continuing the Evidentiary Hearing

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via CM/ECF to Nancy N. Neidich, Chapter 13 Trustee and JP Morgan Chase, c/o Albertelli Law, Attn: Jeffrey Fraser, Esq., POB 23028, Tampa, FL 33623.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161