UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
CHAPTER 13 PLAN (Individual Adjustment of Debts)
SECOND AMENDED PLAN

DEBTOR: Jose Lopez           JOINT DEBTOR: Silvia Lopez   CASE NO.:14-35128-AJC
Last Four Digits of SS# 6460            Last Four Digits of SS# 8667

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 149.90 for months 1 to 9;
    B.    $ 389.79 for months 10 to 60 in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + 775 (Motion to value) = 4425 TOTAL PAID $ 2,275.00
                Balance Due  $ 2,150.00 payable $ 117/month (Months 1 to 9);
                                  Payable $ 43.88/month (Months 10 to 34)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                  Arrearage on Petition Date $
Address:_____    Arrears Payment  $_____/month (Months _____ to _____)
                               Regular Payment  $_____/month (Months _____ to _____)
Account No:_____

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| JP Morgan Chase Bank, N.A. National Payment Services P.O. Box 24785 Columbus, OH 43224-0785 | 10881 SW 6 Street #7, Miami, FL 33174 $92,000.00 | 5.25% | $294.58 | 10 through 60 | 13,439.24 at 5.25% interest for a total payment of $15,023.52 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                  Total Due $_____
                       Payable  $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 17.92/month (Months 1 to 9);
                           Pay $ 12.35/month (Months 10 to 34);
                           Pay $ 56.23/month (Months 35 to 60);

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with secured creditors Bank of America, Sweet Villas Condo Association and Service Corporation International and will continue to pay said creditors directly inside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____                    _____
Debtor                                                       Joint Debtor
Date: 8/22/2015                                Date: 8/22/2015

LF-31 (rev. 01/08/10)